UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JUDGE COTE

SYNERGETICS USA, INC.,

Plaintiff,

-v-

ALCON LABORATORIES, INC. and
ALCON, INC.,

Defendant.

08 CIV 3669

Case No. _____

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

_____Plaintiff Synergetics USA, Inc._____ (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Plaintiff Synergetics USA, Inc. has no parent corporation and there is no publicly-held corporation that owns 10% or more of its stock.

Date: April 16, 2008

Signature of Attorney

Attorney Bar Code: _____

Form Rule7_1.pdf   SDNY Web 10/2007