AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

SYNERGETICS USA, INC.,

V.

ALCON LABORATORIES, INC. and ALCON, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 08 CIV 3669

TO: (Name and address of Defendant)

Alcon Laboratories, Inc.
6201 South Freeway,
Fort Worth, TX 76134-2099

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 1 6 2008

J. MICHAEL McMAHON

CLERK                                    DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/24/2008 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| Glenn Sanders | Clerk |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served:
   CT Corporation  111 8th Avenue New York, New York , Registered Agent for Alcon Laboratories, INC

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on     4/25/2008
                 Date            *Signature of Server*

                 112 Madison Ave  New york New York 10016
                 *Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.