AO 440 (Rev. 8/01) Summons in a Civil Action

JUDGE COTE

# UNITED STATES DISTRICT COURT

Southern District of New York

SYNERGETICS USA, INC.,

V.

ALCON LABORATORIES, INC. and ALCON, INC.,

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER:

08 CIV 3669

TO: (Name and address of Defendant)

Alcon, Inc.
Bosch 69
CH-6331 Hunenberg
Switzerland

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is served on you with this summons, within ___20___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

APR 16 2008

J. MICHAEL McMAHON

CLERK

(By) DEPUTY CLERK

DATE

§AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5/2/08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| Jeffrey S. Mitchell, Jr. | Process Server SCH 2784 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Alcon, Inc
   6201 South Fwy
   Fort Worth, TX 76134

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  5/6/08
             Date            Signature of Server

2855 W Bowie Fort Worth, TX 76109
Address of Server

DEBBIE ANN SIMPSON
MY COMMISSION EXPIRES
September 25, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.