UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| SYNERGETICS USA, INC., | ) | |
| | ) | |
| Plaintiff | ) | NOTICE OF MOTION TO ADMIT |
| | ) | DEREK Y. BRANDT AS COUNSEL |
| v. | ) | *PRO HAC VICE* |
| | ) | |
| ALCON LABORATORIES, INC. and ALCON, INC., | ) | 1:08-cv-03669-DLC |
| | ) | |
| | ) | |
| Defendants. | | |

**PLEASE TAKE NOTICE**, that upon the annexed affidavit of Derek Y. Brandt sworn to May 16, 2008 and the certificate of good standing annexed thereto, the undersigned will move this court before the Honorable Denise L. Cote at the United States Courthouse for the Southern District of New York, Courtroom 11B at 500 Pearl Street, New York, New York for an Order pursuant to Local Civil Rule 1.3(c) granting Derek Y. Brandt permission to appear as attorney of record for the plaintiff, *pro hac vice*. In support of the motion, the undersigned states that:

1. I am a member of Hanly Conroy Bierstein & Sheridan LLP, 112 Madison Avenue, New York, NY, co-counsel for plaintiffs, am admitted to practice and am a member in good standing of the Bar of this Court.

2. Derek Y. Brandt is a lawyer with the firm SimmonsCooper, LLC, located at 707 Berkshire Boulevard, P.O. Box 521, East Alton, Illinois 62024.

1

3. Mr. Brandt is a member in good standing of the Bar of the State of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals, 3rd Circuit.

4. An affidavit from the attorney accompanies this application and is attached. A certificate of good standing from the jurisdiction where he is admitted, is issued within the last thirty days as required by Local Rule 1.3(c), is also attached.

5. I respectfully request that given the routine nature of this application, this Court permit this application without an accompanying memorandum of law.

WHEREFORE, I respectfully request that the application for admission of Derek Y. Brandt, attorney for the plaintiff, *pro hac vice,* be granted.

Dated:   New York, New York
         May 21, 2008

Respectfully Submitted,

By: /s/
Andrea Bierstein
abierstein@hanlyconroy.com
HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016
(212) 784-6403

Attorneys for Plaintiffs

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNERGETICS USA, INC., | ) |
| | ) |
| Plaintiff | ) 08-CV-03669 |
| | ) |
| v. | ) **AFFIDAVIT OF SERVICE** |
| | ) |
| ALCON LABORATORIES, INC. and ALCON, INC., | ) |
| | ) |
| Defendants. | ) |

STATE OF NEW YORK         )
                          : ss.:
COUNTY OF NEW YORK        )

     I, Julio A. Lucena, being duly sworn, deposes and says: I am over the age of 18 years and not a party to this action. I am employed with the law office of HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP, located at 112 Madison Ave, New York, NY 10016. On the 28th day of May, 2008, I served a true copy of the following:

- **Notice of motion for admission pro hac vice of Derek Y. Brandt**

By First Class Mail, upon:

Harry T. Robins, Esq
MORGAN LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178

By: _____
Julio A. Lucena

Sworn to before me this
28th day of May, 2008

_____
Notary Public

Melissa C. Welch
Notary Public, State of New York
No. 02WE6121757
Qualified in New York County
Commission Expires Jan. 24, 20__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNERGETICS USA, INC., <br><br> Plaintiff <br><br> v. <br><br> ALCON LABORATORIES, INC. and ALCON, INC., <br><br> Defendants. | ) <br> ) <br> ) AFFIDAVIT OF DEREK Y. BRANDT IN <br> ) SUPPORT OF MOTION TO ADMIT <br> ) COUNSEL PRO HAC VICE <br> ) <br> ) <br> ) 08-CV-3669-DLC <br> ) <br> ) |

State of Illinois     )
                      ) ss:
County of Madison     )

Derek Y. Brandt, being duly sworn, hereby depose and state as follows:

1. I am a partner with the law firm of SimmonsCooper LLC.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.
3. As shown in the Certificate of Good Standing annexed hereto I am a member in good standing of the Bar of the State of Illinois.
4. There are no pending disciplinary proceedings against me in any State or Federal court.
5. Wherefore your affiant respectfully submits that he be permitted to appear as counsel and advocate *pro hac vice* in this one case.

1

Dated: 16 MAY, 2008                    Respectfully Submitted,

                                       By: /s/ Derek Y. Brandt
                                       Derek Y. Brandt
                                       SIMMONSCOOPER LLC
                                       707 Berkshire Blvd.
                                       East Alton, Illinois 62024
                                       (618) 259-2222 – Phone
                                       (618) 259-2251 – Fax
                                       dbrandt@simmonscooper.com


Sworn to and subscribed before me this the 16th day of MAY, 2008.

                                       /s/ Debra E. Dunn
                                       NOTARY PUBLIC


(Seal)                                 My Commission Expires: 1/2/2011


OFFICIAL SEAL
Debra E. Dunn
Notary Public, State of Illinois
My Commission Expires 1/2/2011

2

# Certificate of Admission
# To the Bar of Illinois

I, Juleann Hornyak, Clerk of the Supreme Court of Illinois, do hereby certify that

Derek Yeats Brandt

has been duly licensed and admitted to practice as an Attorney and Counselor of Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on November 9, 1995 and is in good standing, so far as the records of this office disclose.

In Witness Whereof, I have hereunto
placed my hand and affixed the seal
of said Supreme Court, at Springfield,
in said State, this Tuesday, May 13, 2008.

*Juleann Hornyak*

Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNERGETICS USA, INC., ) | |
| ) | |
| Plaintiff ) | **[PROPOSED] ORDER GRANTING** |
| ) | **ADMISSION TO PRACTICE** |
| v. ) | *PRO HAC VICE* |
| ) | |
| ALCON LABORATORIES, INC. and ALCON, INC., ) | 1:08-cv-03669-DLC |
| ) | |
| Defendants. ) | |

Upon consideration of the Notice of Motion for Admission *Pro Hac Vice* of Derek Y. Brandt, dated May 21, 2008 , and the accompanying Affidavit sworn to on May 16, 2008 it is hereby:

**ORDERED** that, pursuant to Local Civil Rule 1.3(c) of the Local Rules of this Court, Derek Y. Brandt, is hereby admitted *pro hac vice* to the bar of this Court for the purpose of representing plaintiff in the above-captioned proceeding.

_____
United States District Judge

Dated:_____, 2008