UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
SYNERGETICS USA, INC.,

                Plaintiff,                08 Civ. 3669 (DLC)

    v.                                     **STIPULATION**

ALCON LABORATORIES, INC. and ALCON, INC.

                Defendants.
---------------------------------------------------------------x

WHEREAS the last day for Defendant Alcon Laboratories, Inc. to answer, move against, or otherwise respond to the Complaint is May 14, 2008;

WHEREAS the last day for Defendant Alcon, Inc. to answer, move against, or otherwise respond to the Complaint is May 22, 2008;

WHEREAS Defendants have requested an extension of their time to answer, move or otherwise respond to the Complaint; and

WHEREAS Defendants have not made any prior requests for an extension; NOW THEREFORE:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Defendants Alcon Laboratories, Inc. and Alcon,



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/3/08

NY/2312941.1                1

Inc. to answer, move against, or otherwise respond to the Complaint is extended until

June 23, 2008.

Dated:   May 13, 2008
         New York, New York

HANLY CONROY BIERSTEIN			MORGAN, LEWIS & BOCKIUS LLP
SHERIDAN FISHER & HAYES LLP

By: /s/ Andrea Bierstein /TS		By: /s/ Harry T. Robins
Andrea Bierstein, Esq.				Harry T. Robins, Esq.
112 Madison Avenue, 7th Floor		101 Park Avenue
New York, New York 10016			New York, New York 10178
Tel. 212.784.6401				Tel. 212.309.6728
abierstein@hanlyconroy.com			hrobins@morganlewis.com

*Counsel for Plaintiff Synergetics USA, Inc.*   *Counsel for Defendants Alcon Laboratories, Inc. and Alcon, Inc.*

SO ORDERED:

Date: June 3, 2008

_____
The Honorable Denise Cote
United States District Judge