**MEMO ENDORSED**

**SCANNED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNERGETICS USA, INC., ) | |
| ) | |
| Plaintiff ) | NOTICE OF MOTION TO ADMIT |
| ) | DEREK Y. BRANDT AS COUNSEL |
| v. ) | PRO HAC VICE |
| ) | |
| ALCON LABORATORIES, INC. and ALCON, ) | 1:08-cv-03669-DLC |
| INC., ) | |
| ) | |
| Defendants. | |

MAY 28 2008

**PLEASE TAKE NOTICE**, that upon the annexed affidavit of Derek Y. Brandt sworn to May 16, 2008 and the certificate of good standing annexed thereto, the undersigned will move this court before the Honorable Denise L. Cote at the United States Courthouse for the Southern District of New York, Courtroom 11B at 500 Pearl Street, New York, New York for an Order pursuant to Local Civil Rule 1.3(c) granting Derek Y. Brandt permission to appear as attorney of record for the plaintiff, *pro hac vice*. In support of the motion, the undersigned states that:

1. I am a member of Hanly Conroy Bierstein & Sheridan LLP, 112 Madison Avenue, New York, NY, co-counsel for plaintiffs, am admitted to practice and am a member in good standing of the Bar of this Court.

2. Derek Y. Brandt is a lawyer with the firm SimmonsCooper, LLC, located at 707 Berkshire Boulevard, P.O. Box 521, East Alton, Illinois 62024.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/3/08

1

3. Mr. Brandt is a member in good standing of the Bar of the State of Illinois, the United States District Court for the Southern District of Illinois, the United States District Court for the Northern District of Illinois and the United States Court of Appeals, 3rd Circuit.

4. An affidavit from the attorney accompanies this application and is attached. A certificate of good standing from the jurisdiction where he is admitted, is issued within the last thirty days as required by Local Rule 1.3(c), is also attached.

5. I respectfully request that given the routine nature of this application, this Court permit this application without an accompanying memorandum of law.

WHEREFORE, I respectfully request that the application for admission of Derek Y. Brandt, attorney for the plaintiff, *pro hac vice*, be granted.

Dated:   New York, New York
         May 21, 2008

                                                   Respectfully Submitted,

By: _____
Andrea Bierstein
abierstein@hanlyconroy.com
HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP
112 Madison Avenue
New York, New York 10016
(212) 784-6403

Attorneys for Plaintiffs

2