UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNERGETICS USA, INC.,          ) | |
|                                  ) | |
|        Plaintiff                  ) | 08-CV-3669 (DLC) |
|                                  ) | |
|            v.                        ) | |
|                                  ) | |
| ALCON LABORATORIES, INC. and ALCON, INC., ) | |
|                                  ) | |
|        Defendants.        ) | |

### CERTIFICATE OF SERVICE

I hereby certify that on the 3rd day of June, 2008, I served the Court's June 3, 2008 Notice of Initial Pretrial Conference (the "Notice") on Harry T. Robins, Esq., counsel for defendants Alcon Laboratories, Inc. and Alcon, Inc. Service was made by e-mailing the Notice to counsel at hrobins@morganlewis.com. Mr. Robins consented in writing to receive service by email of all papers in this litigation.

Dated: New York, New York
        June 5, 2008

                                  /s/ Andrea Bierstein
                                  Andrea Bierstein
                                  HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
                                  112 Madison Ave., 7th Floor
                                  New York, New York 10016
                                  Tel:  (212) 784-6403
                                  Fax:  (212) 213-5949
                                  abierstein@hanlyconroy.com