# CERTIFICATE OF SERVICE

I, Harry T. Robins, hereby certify that I caused a true and correct copy of the Court's June 3, 2008 initial pretrial conference order and a copy of the Court's individual rules of practice, to be furnished by electronic mail on the 6th day of June, 2008; to:

>Andrea Bierstein
>Hanly Conroy Bierstein Sheridan Fisher & Hayes LLP
>112 Madison Avenue, 7th floor
>New York, New York 10016
>(212) 784-6400 (main)
>(212) 213-5949 (fax)
>abierstein@hanlyconroy.com

I affirm that the foregoing statements are true and correct, under penalty of perjury.

_____
Harry T. Robins