UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x
SYNERGETICS USA, INC.,                         :
                                               :
                Plaintiff,                     :
                                               :     08 CIV. 3669 (DLC)
        -against-                              :
                                               :
ALCON LABORATORIES, INC. and                   :
ALCON, INC.,                                   :
                                               :
                Defendants.                    :
------------------------------------------------------x

## DEFENDANTS ALCON LABORATORIES, INC. and ALCON, INC.'S NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned has been retained by and hereby appears as counsel in the above-captioned action for and on behalf of Defendants Alcon Laboratories, Inc. and Alcon, Inc.

June 13, 2008

Respectfully submitted,

_____
Harry T. Robins (HR-7571)

MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, New York 10178
212-309-6000 (telephone)
212-309-6001 (facsimile)

*Counsel for Defendants*
*Alcon Laboratories, Inc. and Alcon, Inc.*

1-NY/2315840.2