UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------x
SYNERGETICS USA, INC.,                        :
                                              :
         Plaintiff,                       :
                                              :     08 CIV. 3669 (DLC)
      -against-                             :
                                              :
ALCON LABORATORIES, INC. and                  :
ALCON, INC.,                                  :
                                              :
        Defendants.                       :
-----------------------------------------------------x

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned hereby states that Nestle S.A., a publicly traded company, owns more than 10% of the stock of Alcon, Inc., a publicly traded company which owns more than 10% of the stock of Alcon Holdings, Inc., a privately held company which owns more than 10% of the stock of Alcon Laboratories, Inc.

Dated: June 23, 2008
       New York, New York

                            MORGAN, LEWIS & BOCKIUS LLP

                By:    s/Harry T. Robins
                        Harry T. Robins (HR – 7571)
                        101 Park Avenue
                        New York, New York 10178
                        (212) 309-6000 (T)
                        (212) 309-6001 (F)