USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7|3|08

COTE, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SYNERGETICS USA, INC., ) | |
| ) | |
| Plaintiff ) | 08-Civ-3669 (DLC) |
| ) | |
| v. ) | |
| ) | |
| ALCON LABORATORIES, INC. and ALCON, INC., ) | |
| ) | |
| Defendants. ) | |

WHEREAS on June 23, 2008, Defendants Alcon Laboratories, Inc. and Alcon, Inc. ("Alcon") filed their Answer and Counterclaims;

WHEREAS Plaintiff Synergetics USA, Inc. ("Synergetics") has until July 14, 2008, to answer or otherwise respond to Alcon's counterclaims; and

WHEREAS Synergetics has requested more time to answer or otherwise respond to Alcon's counterclaims, and Alcon has agreed to such extension; NOW THEREFORE:

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the time for Synergetics to answer or otherwise respond to Alcon's counterclaims is extended until to August 4, 2008.

Dated: July 3, 2008
New York, New York

HANLY CONROY BIERSTEIN SHERIDAN
FISHER & HAYES LLP

By: _____
Andrea Bierstein, Esq.
112 Madison Avenue, 7th Floor
New York, New York 10016
Tel. 212.784.6401
abierstein@hanlyconroy.com
Counsel for Plaintiff Synergetics,
USA, Inc.

MORGAN, LEWIS & BOCKIUS LLP

By: _____
Harry T. Robins, Esq.
101 Park Avenue
New York, New York 10178
Tel. 212.309.6728
hrobins@morganlewis.com
Counsel for Defendants Alcon
Laboratories, Inc. and Alcon, Inc.

SO ORDERED:

Dated: July 3, 2008

_____
The Honorable Denise Cote
United States District Judge