UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNERGETICS USA, INC.,
                        Plaintiff,

      -against-

ALCON LABORATORIES, INC. and ALCON, INC.,
                        Defendants.

08 CV 3669 (DLC)

**MOTION TO ADMIT
J. GORDON COONEY, JR.
*PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Harry T. Robins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | J. Gordon Cooney, Jr. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | 215.963.4806 |
| Fax Number: | 215.963.5001 |

J. Gordon Cooney, Jr. is a member in good standing of the Bar of the State of

                Pennsylvania

There are no pending disciplinary proceedings against J. Gordon Cooney, Jr. in any State or Federal court.

Dated:     July 16 ,2008
City, State:  New York, NY

Respectfully submitted,

*[signature]*

Sponsor's
SDNY Bar:    HR7571
Firm Name:   Morgan, Lewis & Bockius LLP
Address:     101 Park Avenue
City/State/Zip: New York, NY 10178
Phone Number: 212.309.6728
Fax Number:  212.309.6001

DB1/61954873.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____

SYNERGETICS USA, INC.,

                     Plaintiff,

-against-                                   08 CV 3669 (DLC)

ALCON LABORATORIES, INC. and ALCON, INC.,
                     Defendants.
_____

**AFFIDAVIT OF
HARRY T. ROBINS
IN SUPPORT OF MOTION
TO ADMIT J. GORDON COONEY, JR.
*PRO HAC VICE***

State of New York      )
                                  ss:
County of New York    )

Harry T. Robins, being duly sworn, hereby declares:

1. I am a Partner at Morgan, Lewis & Bockius LLP, counsel for Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit J. Gordon Cooney, Jr. as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known J. Gordon Cooney, Jr. since 1996.

4. Mr. Cooney is a Partner at Morgan, Lewis & Bockius LLP in Philadelphia, Pennsylvania.

5. I have found Mr. Cooney to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of J. Gordon Cooney, Jr. *pro hac vice*.

7. I respectfully submit a proposed order granting the admission of J. Gordon Cooney, Jr. *pro hac vice*, which is attached.

8. Opposing counsel have represented to counsel for Alcon Laboratories, Inc. and Alcon, Inc. that they do not object to this motion.

WHEREFORE it is respectfully requested that the motion to admit J. Gordon Cooney, Jr., *pro hac vice*, to represent Defendant in the above captioned matter, be granted.

Dated:         July 11, 2008
City, State:   New York, NY
Notarized:

FREDDA E. COHEN
Notary Public, State of New York
No. 01CO4901895
Qualified in Queens County
Commission Expires July 27, 2009

*Fredda E Cohen*

Respectfully submitted,

_____
Name of Movant: Harry T. Robins
SDNY Bar Code: HR7571

DB1/61966950.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNERGETICS USA, INC.,
                Plaintiff,

-against-

ALCON LABORATORIES, INC. and ALCON, INC.,
                Defendant.

08 CV 3669 (DLC)

**ORDER FOR ADMISSION OF
J. GORDON COONEY, JR.
*PRO HAC VICE*
ON WRITTEN MOTION**

Upon the motion of Harry T. Robins, attorney for Alcon Laboratories, Inc. and Alcon, Inc. and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | J. Gordon Cooney, Jr. |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Telephone/Fax: | 215.963.4806/215.963.5001 |
| Email Address: | jgcooney@morganlewis.com |

is admitted to practice *pro hac vice* as counsel for Alcon Laboratories, Inc. and Alcon, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:    New York, NY

                                                       _____
                                                       United States District Judge

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That  J. Gordon Cooney, Jr. , Bar # 42636, was duly admitted to practice in said Court on April 12, 1985 , and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                                        Clerk of Court

on  July 10, 2008.                                   BY _____
                                                       Aida Ayala,    Deputy Clerk

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of July, 2008, the foregoing pro hac vice motion has been served electronically to:

>Paul J. Hanly, Jr., Esquire
>Andrea Bierstein, Esquire
>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
>112 Madison Ave., 7th Floor
>New York, New York
>Attorney for Plaintiff
>Tel:   212.784.6401
>Fax:   212.213.5949
>phanly@hanlyconroy.com
>abierstein@hanlyconroy.com
>
>Derek Y. Brandt, Esquire
>Emily J. Kirk, Esquire
>SIMMONS COOPER LLC
>707 Berkshire Boulevard
>East Alton, Illinois 62024
>Tel:   618.259.2222
>Fax:   618.259.2251
>dbrandt@simmonscooper.com
>ekirk@simmonscooper.com
>
>*Counsel for Plaintiff*

_____
Harry T. Robins

DB1/61966538.1