UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNERGETICS USA, INC.,
                              Plaintiff,

           -against-

ALCON LABORATORIES, INC. and ALCON, INC.,
                              Defendants.

08 CV 3669 (DLC)

**MOTION TO ADMIT
JOHN C. GOODCHILD, III
*PRO HAC VICE***

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Harry T. Robins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | John C. Goodchild, III |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | 215.963.5020 |
| Fax Number: | 215.963.5001 |

John C. Goodchild, III is a member in good standing of the Bar of the States of

           Pennsylvania and New Jersey

There are no pending disciplinary proceedings against John C. Goodchild, III in any State or Federal court.

Dated: July 16, 2008
City, State:  New York, NY

      Respectfully submitted,

      [signature]

Sponsor's
SDNY Bar:    HR7571
Firm Name:   Morgan, Lewis & Bockius LLP
Address:     101 Park Avenue
City/State/Zip: New York, NY 10178
Phone Number: 212.309.6728
Fax Number:   212.309.6001

DB1/61954873.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNERGETICS USA, INC.,

                    Plaintiff,

-against-

ALCON LABORATORIES, INC. and ALCON, INC.,
                    Defendants.

08 CV 3669 (DLC)

**MOTION TO ADMIT
JOHN C. GOODCHILD, III**
*PRO HAC VICE*

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Harry T. Robins, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | John C. Goodchild, III |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | 215.963.5020 |
| Fax Number: | 215.963.5001 |

John C. Goodchild, III is a member in good standing of the Bar of the States of

                Pennsylvania and New Jersey

There are no pending disciplinary proceedings against John C. Goodchild, III in any State or Federal court.

Dated: July 16, 2008
City, State:  New York, NY

      Respectfully submitted,

      _____
      Sponsor's

| | |
|---|---|
| SDNY Bar: | HR7571 |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 101 Park Avenue |
| City/State/Zip: | New York, NY 10178 |
| Phone Number: | 212.309.6728 |
| Fax Number: | 212.309.6001 |

DB1/61954873.1

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNERGETICS USA, INC.,
                          Plaintiff,

-against-

ALCON LABORATORIES, INC. and ALCON, INC.,
                          Defendants.

08 CV 3669 (DLC)

**AFFIDAVIT OF
HARRY T. ROBINS
IN SUPPORT OF MOTION
TO ADMIT COUNSEL
*PRO HAC VICE***

State of New York    )
                                ss:
County of New York  )

Harry T. Robins, being duly sworn, hereby declares:

1. I am a Partner at Morgan, Lewis & Bockius LLP, counsel for the Defendants in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendants' motion to admit John C. Goodchild, III as counsel *pro hac vice* to represent Defendants in this matter.

2. I am a member in good standing of the bar of the State of New York and was admitted to practice law in 1997. I am also admitted to the bar of the United States District Court for the Southern District of New York and am in good standing with this Court.

3. I have known John C. Goodchild, III since 1996.

4. Mr. Goodchild is a Partner at Morgan, Lewis & Bockius LLP in Philadelphia, Pennsylvania.

5. I have found Mr. Goodchild to be a skilled attorney and a person of integrity. He is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

6. Accordingly, I am pleased to move the admission of John C. Goodchild, III *pro hac vice.*

7. I respectfully submit a proposed order granting the admission of John C. Goodchild, III *pro hac vice*, which is attached.

8. Opposing counsel have represented to counsel for Alcon Laboratories, Inc. and Alcon, Inc. that they do not object to this motion.

WHEREFORE it is respectfully requested that the motion to admit John C. Goodchild, III *pro hac vice* to represent Defendants in the above captioned matter be granted.

Dated:        July 11, 2008
City, State:  New York, NY
Notarized:

FREDDA E. COHEN
Notary Public, State of New York
No. 01CO4901895
Qualified in Queens County
Commission Expires July 27, 2009

*Fredda E. Cohen*

Respectfully submitted,

_____
Name of Movant: Harry T. Robins
SDNY Bar Code: HR7571

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNERGETICS USA, INC.,
                    Plaintiff,

-against-

ALCON LABORATORIES, INC. and ALCON, INC.,
                    Defendants.

08 CV 3669 (DLC)

**ORDER FOR ADMISSION OF JOHN C. GOODCHILD, III** *PRO HAC VICE* **ON WRITTEN MOTION**

Upon the motion of Harry T. Robins, attorney for Alcon Laboratories, Inc. and Alcon, Inc., and said sponsor attorney's affidavit in support;

**IT IS HEREBY ORDERED that**

| | |
|---|---|
| Applicant's Name: | John C. Goodchild, III |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Telephone/Fax: | 215.963.5020/215.963.5001 |
| Email Address: | jgoodchild@morganlewis.com |

is admitted to practice *pro hac vice* as counsel for Alcon Laboratories, Inc. and Alcon, Inc. in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated:
City, State:    New York, NY

                                                 United States District Judge

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **JOHN CHARLES GOODCHILD III** (No. **024031994**) was constituted and appointed an Attorney at Law of New Jersey on **December 19, 1994** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this **11TH** day of **July**, 20 **08**

*Clerk of the Supreme Court*

-453a-

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA

EASTERN DISTRICT OF PENNSYLVANIA }

    I, Michael E. Kunz, Clerk of the United States District Court for the Eastern District of Pennsylvania,

    DO HEREBY CERTIFY That John C. Goodchild, III, Bar # 74856, was duly admitted to practice in said Court on June 14, 1995, and is in good standing as a member of the bar of said Court.

DATED at Philadelphia, Pennsylvania      MICHAEL E. KUNZ
                                                               Clerk of Court

on July 10, 2008.                              BY _____
                                                              Aida Ayala,    Deputy Clerk

## CERTIFICATE OF SERVICE

I hereby certify that on this 16th day of July, 2008, the foregoing pro hac vice motion has been served electronically to:

>Paul J. Hanly, Jr., Esquire
>Andrea Bierstein, Esquire
>HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP
>112 Madison Ave., 7th Floor
>New York, New York
>Attorney for Plaintiff
>Tel:   212.784.6401
>Fax:   212.213.5949
>phanly@hanlyconroy.com
>abierstein@hanlyconroy.com
>
>Derek Y. Brandt, Esquire
>Emily J. Kirk, Esquire
>SIMMONS COOPER LLC
>707 Berkshire Boulevard
>East Alton, Illinois 62024
>Tel:   618.259.2222
>Fax:   618.259.2251
>dbrandt@simmonscooper.com
>ekirk@simmonscooper.com
>
>*Counsel for Plaintiff*

_____
Harry T. Robins