SCANNED **MEMO ENDORSED**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SYNERGETICS USA, INC.,

Plaintiff,

08 CV 3669 (DLC)

-against-

**MOTION TO ADMIT
JOHN C. GOODCHILD, III
*PRO HAC VICE***

ALCON LABORATORIES, INC. and ALCON, INC.,
Defendants.

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the Southern

and Eastern Districts of New York, I, Harry T. Robins, a member in good standing of the bar of this

Court, hereby move for an Order allowing the admission *pro hac vice* of

| | |
|---|---|
| Applicant's Name: | John C. Goodchild, III |
| Firm Name: | Morgan, Lewis & Bockius LLP |
| Address: | 1701 Market Street |
| City/State/Zip: | Philadelphia, PA 19103 |
| Phone Number: | 215.963.5020 |
| Fax Number: | 215.963.5001 |

John C. Goodchild, III is a member in good standing of the Bar of the States of

Pennsylvania and New Jersey

There are no pending disciplinary proceedings against John C. Goodchild, III in any State or Federal

court.

Dated: July 16, 2008
City, State:   New York, NY

Respectfully submitted,

Sponsor's
SDNY Bar:     HR7571
Firm Name:    Morgan, Lewis & Bockius LLP
Address:      101 Park Avenue
City/State/Zip: New York, NY 10178
Phone Number: 212.309.6728
Fax Number:   212.309.6001

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/21/08

DB1/61954873.1