| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 9/3/08 |

SYNERGETICS USA, INC.,

      Plaintiff

           v.

ALCON LABORATORIES, INC. and ALCON, INC.,

      Defendants.

08-Civ-3669 (DLC)

STIPULATION AND ORDER

    IT IS HEREBY STIPULATED AND AGREED by and between the undersigned counsel for the parties:

    1.    Defendants Alcon Laboratories, Inc. and Alcon, Inc. ("Alcon") hereby consent to the filing of the First Amended Complaint, annexed hereto as Exhibit A.

    2.    Plaintiff Synergetics USA, Inc. shall file the First Amended Complaint no later than August 29, 2008.

    3.    Alcon shall have until October 13, 2008, to answer, move or otherwise respond to the First Amended Complaint.

    4.    Alcon's consent to the filing of the First Amended Complaint and entry into this stipulation shall not be considered agreement that the First Amended Complaint has merit.

Dated: New York, New York
          August 28, 2008

*So ordered.*

*[signature]*
*Sept. 3, 2008*

1

| | |
|---|---|
| HANLY CONROY BIERSTEIN SHERIDAN FISHER & HAYES LLP | MORGAN, LEWIS & BOCKIUS LLP |
| By: /s/ Paul J. Hanly, Jr. | By: Harry T. Robins (By Permission) |
| Paul J. Hanly, Jr. | Harry T. Robins |
| Andrea Bierstein | J. Gordon Cooney |
| 112 Madison Avenue, 7th Floor | 101 Park Avenue |
| New York, New York 10016 | New York, New York 10178 |
| Tel. 212.784.6401 | Tel. 212.309.6728 |
| phanly@hanlyconroy.com | hrobins@morganlewis.com |
| abierstein@hanlyconroy.com | jgcooney@morganlewis.com |
| Counsel for Plaintiff Synergetics, USA, Inc. | Counsel for Defendants Alcon Laboratories, Inc. and Alcon, Inc. |

SO ORDERED:

_____
U.S.D.J.