```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
SYNERGETICS USA, INC.,                  :
                        Plaintiff,      :
                                        :
        -v-                             :   08 CIV. 3669 (DLC)
                                        :
ALCON LABORATORIES, INC. and ALCON,     :   ORDER
INC.,                                   :
                                        :
                        Defendants.     :
----------------------------------------X
```

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: 4/21/09

DENISE COTE, District Judge:

For the reasons stated on the record at the conference with the Court today, it is hereby

ORDERED that the defendants shall file their opening brief on the discovery dispute involving the "inadvertently disclosed" documents by May 1, 2009. The plaintiff shall file its opposition by May 15, 2009. Any reply shall be due May 22.

IT IS FURTHER ORDERED that at the time any Reply is served the moving party shall supply two courtesy copies of all motion papers to Chambers by delivering them to the Courthouse Mailroom, 8th Floor, United States Courthouse, 500 Pearl Street, New York, New York.

    SO ORDERED:

Dated:   New York, New York
         April 21, 2009

                                    _____
                                            DENISE COTE
                                    United States District Judge